STATE OF NEBRASKA, EX REL. VICTOR ROSEWATER, V. SILAS A. HOLCOMB, GOVERNOR.

FILED NOVEMBER 17, 1898.    No. 10007.

Denial of writ of mandamus to require the performance of duties prescribed by a void act of the legislature.

ORIGINAL application for mandamus to compel the governor to conduct personally a trial of charges against certain members of the board of fire and police commissioners of the city of Omaha. *Writ denied.*

*Edward W. Simeral*, for relator.

*C. J. Smyth, Attorney General*, and *Ed P. Smith, Deputy Attorney General, contra.*

PER CURIAM.

This action was to compel the respondent to perform certain duties claimed to devolve upon him by virtue of his office. In *State v. Moores*, 55 Neb. 480, it was held that the act of the legislature of 1897 (Session Laws 1897, p. 124, ch. 10, secs. 166-168), in so far as it assumes to confer authority upon the governor to appoint fire and police commissioners in cities of the metro-

politan class,· is void. The duty of which it is now sought
to compel the performance depends for its exercise upon
the force of the statute above referred to, and,·as the
statute is void, no such duty exists, and therefore its per-
formance cannot be controlled by mandamus. The writ
is therefore

DENIED.